OCT 1 2025 PM2:48
FILED - USDC - FLMD - TPA

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| DAVID ADEEB,<br><br>    Plaintiff,<br><br>v.<br><br>ROXTEC INC., a Foreign Profit Corporation,<br><br>    Defendant. | Case No.: 8:25-cv-02571 |

## PLAINTIFF'S MOTION FOR PERMISSION

## TO USE CM/ECF FILING SYSTEM

Plaintiff, appearing pro se, respectfully moves this Court for permission to use the Court's Case Management/Electronic Case Files ("CM/ECF") system for filing and receiving documents electronically in this matter, and states as follows:

1. Plaintiff is representing himself in this action.

2. Local Rule 1.01(a)(2) and the Court's Administrative Procedures for Electronic Filing provide that self-represented parties may not file electronically without leave of court.

Page 1 of 3

3. Plaintiff seeks leave to use the CM/ECF system for efficiency and to ensure prompt receipt of all filings, orders, and notices.

4. Plaintiff agrees to comply with all applicable rules governing electronic filing, including maintaining a PACER account and keeping current contact information on file.

5. Allowing Plaintiff electronic filing access will reduce administrative burdens on the Clerk and will promote efficient case management.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting him permission to file and receive documents electronically through the CM/ECF system in this case.

Respectfully submitted,

_____
DAVID ADEEB
Plaintiff, Pro Se
6711 Bar S Bar Trl
Zephyrhills, FL 33541
727-222-3114
davidadeeb@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2025, a true and correct copy of the foregoing was served by email on the following counsels of record for Defendant Roxtec, Inc.:

Amanda M. Mercado, Esq. – amercado@fordharrison.com

Joseph H. Harris, Esq. – jhharris@fordharrison.com

Ford & Harrison, LLP

401 E Jackson Street, Suite 2500

Tampa, FL 33602

Attorneys for Defendant Roxtec, Inc.

_____

DAVID ADEEB

Plaintiff, Pro Se
