UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID ADEEB,

       Plaintiff,

    v.                                Case No.:  8:25-cv-2571-WFJ-CPT

ROXTEC, INC.,

       Defendant.

_____/

## ORDER APPOINTING MEDIATOR
## AND SCHEDULING MEDIATION

Pursuant to the Notice of Mediation (Dkt. 71), and in accordance with

Chapter Four of the Local Rules of the Middle District of Florida, it is **ORDERED**

**AND ADJUDGED**:

The following individual is hereby appointed by the Court to serve as

mediator in this action:

| | |
|---|---|
| **Name of Mediator**: | Richard S. Annunziata |
| **Date/Time of Mediation**: | May 29, 2026<br>9:00 a.m. |
| **Place of Mediation**: | via Zoom video conference |

Please take notice that the substance of the mediation is confidential.  No

party, lawyer, or other participant is bound by, may record, or without the judge's

approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on May 1, 2026.

 s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any

2