UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID ADEEB,

       Plaintiff(s),

                                                      CASE NO: 8:25-cv-02571-WFJ-CPT

vs.

ROXTEC INC.,

       Defendant(s),

_____/

**REPORT OF MEDIATOR**

       The undersigned, Richard Annunziata, Esq., Mediator, hereby reports to this Honorable Court that a mediation conference in this cause was held on 05/29/2026. The results of the Mediation Conference are as follows:

☐    An agreement was reached.

☐    A **confidential** settlement agreement was reached.

☒    No agreement was reached.

☐    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

☐    The parties have agreed to continue negotiating with the assistance of the mediator.

☐    If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

☐    Other:_____.

                          Respectfully Submitted:

                          */s/ Richard Annunziata, Esq.*
                          Richard Annunziata, Esq.
                          Florida Bar Number: 78212
                          rich@annunziataresolution.com
                          2614 Tamiami Tl. N #242 Naples, FL 34103
                          Telephone: (239) 841-9237

Copies furnished to: All Counsel of Record